**450-15**

# ELECTRONIC RECORD

COA # _11-13-00075-CR_      OFFENSE: _22.021_

STYLE: **Casey Don Jones v. The State of Texas**    COUNTY: _Jones_

COA DISPOSITION: _AFFIRMED_      TRIAL COURT: _259th District Court_

DATE: _3/26/15_      Publish: _YES_   TC CASE #: _010649_

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Casey Don Jones v. The State of Texas**      CCA #: **PD-0450-15**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_      JUDGE: _____

DATE: _06/03/2015_      SIGNED: _____      PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**